**United States District Court**
For the Northern District of California

FILED

NOV 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                    Case No: CV 08-80232 MISC VRW

**ORDER TO SHOW CAUSE**

Andrew Bello Bosque - #164656

_____/

It appearing that Andrew Bello Bosque has been enrolled as an inactive member of the State

Bar of California pursuant to Section 6007 of the Business and Professions Code and that

pursuant to this provision, he may not practice law in the State of California effective September

11, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should

not be suspended from practice before this court, pending further notice from the State Bar of

California, that his status has been activated.

Dated:

NOV 2 4 2008

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:
Andrew Bello Bosque
Law Firm of Andrew B. Bosque
1313 N. Milpitas Blvd., Suite 165-E
Milpitas, CA 95035