**FILED**

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV-08-80231 MISC VRW

Alfred Joseph Buzo,

    State Bar No 177377

ORDER

ENTERED IN CIVIL DOCKET JAN 1 6 2009

    On November 24, 20008, the court issued an order to show cause (OSC) why Alfred Joseph Buzo should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar pursuant to Rule 9.21 of the California Rules of Court as inactive, effective September 25, 2008. Mr Buzo has now resigned with charges pending.

    The OSC was mailed to Mr Buzo's address of record with the State Bar. No response to the OSC has been filed.

    The court now orders Alfred Joseph Buzo removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Alfred Joseph Buzo ,

_____/

Case Number: C 08-80231 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred Joseph Buzo
2059 Camden Ave., #165
San Jose, CA 95124

Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*